FILED
CLERK, U.S. DISTRICT COURT

FEB 16 2010

CENTRAL DISTRICT
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ignacio Herrera, DEFENDANT(S). | CASE NUMBER 09-2843 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _February 19,_ , _2010_ , at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _Jacqueline Chooljian_ , in Courtroom _20_ .

312 N. Spring Street, 3d Floor

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _2/16/10_

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                     Page 1 of 1